# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Case No. 97-CR-171-JHP** |
| ) | |
| **JEFFREY DAN WILLIAMS**, ) | |
| Defendant. ) | |

## OPINION AND ORDER

Mr. Williams was granted authorization by the Tenth Circuit to file a successive § 2255 motion attacking his conviction for possession of a firearm. *United States v. Williams*, 790 F.3d 1059, 1082 (10th Cir. 2015).  Mr. Williams timely filed his Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (Dkt. # 640). The government conceded the motion (Response to Defendant's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255, Dkt. # 643).   Accordingly, this Court vacates Count Four of the Third Superseding Indictment and sets this matter for re-sentencing on December 22, 2015 at 2:00.  Government is directed to ensure the presence of the defendant at the hearing.

James H. Payne
United States District Judge
Northern District of Oklahoma

1